# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **v.** ) | **Case No: 2:22-cr-437** |
| ) | **AMM-NAD** |
| **DE'ANTE MARQUISE FORD,** ) | |
| **Defendant.** ) | |

## ORDER

The magistrate entered a report on May 16, 2023, recommending that the court deny the motion to suppress by Defendant De'Ante Marquise Ford. *See* Doc. 34 (the report); *see also* Doc. 14 (the motion to suppress). Although the magistrate judge advised Mr. Ford of his right to file written objections within fourteen days, *see* Doc. 34 at 46–47, the court has not received any objections.

After careful consideration of the record in this case and the magistrate judge's report, the court **ADOPTS** the report and **ACCEPTS** the recommendation. Consistent with that recommendation, the court **DENIES** the motion to suppress. Doc. 14.

**DONE** and **ORDERED** this 20th day of June, 2023.



_____
**ANNA M. MANASCO**
UNITED STATES DISTRICT JUDGE